Telia U. Williams, Esq.
Nevada Bar No. 9359
Law Office of Telia U. Williams
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Tel: (702) 835-6866
telia@telialaw.com

*Attorney for defendant*
*Cody Williams-Jackson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00180-JAD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| CODY WILLIAMS-JACKSON, | (FIRST REQUEST) |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia U. Williams, Esq., counsel for the defendant, CODY WILLIAMS-JACKSON, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, that the sentencing hearing currently scheduled for Monday, August 6, 2018 at 10:00am, be vacated and continued to a time convenient to the court, but no less than thirty (30) days. A proposed order is attached herein.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel is just finishing a jury trial (*United States v. Qazi*, 2:15-cr-00014), and will begin another jury trial in less than two (2) weeks, on August 14, 2018, (*United States v. Wright*, 2:17-cr-00142-JAD-VCF), that requires her time and attention, making it difficult for her to be fully prepared for this sentencing hearing, including meeting again with the defendant, who is in custody;

1

2. In addition, the defendant, Cody Williams-Jackson, anticipates that others among his co-defendants will enter guilty pleas in the interim, potentially leading to a more favorable sentencing calculation and/or variance in his case;

3. Counsel for the United States has no objection to this continuance;

4. The defendant, who is in custody, does not object to the continuance.

5. This is the first request for a continuance of the sentencing date.

DATED: August 1, 2018

| | |
|---|---|
| LAW OFFICE OF TELIA U. WILLIAMS | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
| By: */s/ Telia U. Williams* | By: */s/ Richard Anthony Lopez* |
| Telia U. Williams<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br>Tel.: (702) 835-6866<br>*Attorney for defendant,*<br>*Cody Williams-Jackson* | Richard Anthony Lopez<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 388-6336<br>*Attorney for the United States* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CODY WILLIAMS-JACKSON,

Defendant.

**Case No.** 2:17-cr-00180-JAD-PAL

**ORDER TO CONTINUE SENTENCING DATE**

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by and between the United States and Cody Williams-Jackson is entered into for the following reasons:

1. Undersigned counsel is just finishing a jury trial (*United States v. Qazi*, 2:15-cr-00014), and will begin another jury trial in less than two (2) weeks, on August 14, 2018, (*United States v. Wright*, 2:17-cr-00142-JAD-VCF), that requires her time and attention, making it difficult for her to fully prepare for this sentencing hearing, including meeting again with the defendant, who is in custody;

2. In addition, the defendant, Cody Williams-Jackson, anticipates that others among his co-defendants will enter guilty pleas in the interim, potentially leading to a more favorable sentencing calculation and/or variance in his case;

3. Counsel for the defendant, Cody Williams-Jackson, has spoken to her client in this case, who is in custody, and has no objection to the continuance.

4. The parties agree to a continuance of thirty (30) days.

3

5. This is the first request for a continuance of the sentencing date.

6. Denial of this request for continuance could result in the miscarriage of justice.

For all of the above-stated reasons, the ends of justice would best be served if defendant's sentencing was rescheduled.

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for August 6, 2018 at 10:00am, be vacated and continued to September 17, 2018, at the hour of 11:00 a.m.

DATED this 2nd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE